# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>MARLON A. RAMOS<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:14MJ-00213<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __DEFENDANT__ , IT IS ORDERED that a detention hearing is set for __TUESDAY, MAY 27, 2014__ , _____ , at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __SHERI PYM__ , in Courtroom __4 - 3rd FLOOR__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __May 22, 2014__    __Sheri Pym__
United States Magistrate Judge